**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHETCO FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>  v.<br><br>CAPPY DOBBS, JUDITH ANN DOBBS, CONE ROCK, INC., and DOES 1-100,<br><br>    Defendants.<br><br>CAPPY DOBBS, JUDITH ANN DOBBS, and CONE ROCK, INC.,<br><br>    Cross-Complainants,<br><br>  v.<br><br>CHETCO FEDERAL CREDIT UNION and DOES 1-100,<br><br>    Cross-Defendants. | Case No. 13-1571 SC<br><br>ORDER GRANTING MOTION TO <u>SUBSTITUTE PARTY</u> |

1         Plaintiff Chetco Federal Credit Union ("Plaintiff"), a
federally chartered and insured credit union, filed a complaint for
judicial foreclosure against the above-captioned Defendants
("Defendants") on July 6, 2012.  On July 9, 2012, Defendants filed
an answer and cross-complaint against Plaintiff, amending that
complaint on September 12, 2012, to allege that Plaintiff
improperly used proceeds from a Certificate of Deposit to set off
loan delinquencies.

     Non-party National Credit Union Administration (the "NCUA") is
an independent agency of the federal executive branch, charged with
regulating federally chartered and insured credit unions like
Plaintiff.  ECF No. 23 ("Mot. to Sub.") at 2.  It placed Plaintiff
into involuntary liquidation on December 31, 2012, and appointed
itself Liquidating Agent, in which capacity it succeeded by
operation of law to all right, title, and interest in and to
Plaintiff as a credit union.  See id. at 2 & Ex. A ("Notice of
Liquidation"); see also 12 U.S.C. § 1787(b)(2)(A)(i) (stating that
the NCUA, as Liquidating Agent, succeeds to all right, title, and
interest in and to credit unions that the NCUA has closed for
liquidation).  The federal statute governing federal credit unions
gives the NCUA, as Liquidating Agent, the power to sue and be sued.
12 U.S.C. § 1789(a)(2).  The NCUA now moves to substitute itself as
a party in this case, in Plaintiff's stead.

///
///
///
///
///

2

Under Federal Rule of Civil Procedure 25(c), the Court finds that Plaintiff's interests have been transferred to the NCUA, which acts as Plaintiff's Liquidating Agent, and that the NCUA shall be substituted as the plaintiff and counter-defendant in this case.

IT IS SO ORDERED.

Dated: October 17, 2013    

UNITED STATES DISTRICT JUDGE