1  LEORA R. RAGONES, State Bar No. 215423
   lragones@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
4  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
5
   Attorneys for Plaintiff and Counter-Defendant
6  NATIONAL CREDIT UNION
   ADMINISTRATION BOARD ACTING IN ITS
7  CAPACITY AS LIQUIDATING AGENT FOR
   CHETCO FEDERAL CREDIT UNION
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHETCO FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>v.<br><br>CAPPY DOBBS, an individual; JUDITH ANN DOBBS, an individual; CONE ROCK, INC. a California corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV-13-1571-SC<br><br>**NATIONAL CREDIT UNION ADMINISTRATION BOARD ACTING IN ITS CAPACITY AS LIQUIDATING AGENT FOR CHETCO FEDERAL CREDIT UNION'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE IN LIGHT OF SETTLEMENT**<br><br>Date:      May 2, 2014<br>Time:      10:00 a.m.<br>Courtroom: 1, 17th Floor<br>Judge:     Samuel Conti |
| CAPPY DOBBS, an individual; JUDITH ANN DOBBS, an individual; CONE ROCK, INC. a California corporation,<br><br>    Cross-Complainants,<br><br>v.<br><br>CHETCO FEDERAL CREDIT UNION, a federal credit union; and DOES 1 through 100, inclusive,<br><br>    Cross-Defendants. | |

Case 3:13-cv-01571-SC   Document 37   Filed 04/30/14   Page 2 of 2

Plaintiff and Counter-Defendant National Credit Union Administration Board, acting in its capacity as Liquidating Agent for Chetco Federal Credit Union, respectfully requests that the Court continue the Case Management Conference currently set for Friday, May 2, 2014 for approximately 30 days because the parties have reached an agreement to resolve the entire case, but need additional time to finalize the terms of the final settlement agreement and release.

The parties are not ready to file a stipulation of dismissal at this time because compliance with the terms of settlement will take approximately eighteen (18) months, and the parties are determining how to deal with dismissing the case in light of the extended period of time for complying with the terms of settlement.

Counsel for Defendants and Counter-Claimants has informed counsel for Plaintiff and Counter-Defendant that he does not object to the request for continuance.

Dated:  April 29, 2014                                  LOMBARDI, LOPER & CONANT, LLP


By:   /s/ Leora R. Ragones
      TIMOTHY J. MCCAFFERY
      LEORA R. RAGONES
      Attorneys for Plaintiff and Cross-
      Defendant NATIONAL CREDIT UNION
      ADMINISTRATION BOARD as
      Liquidating Agent for CHETCO
      FEDERAL CREDIT UNION

### CASE MANAGEMENT ORDER

The above REQUEST FOR CONTINUANCE OF CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved, and the Case Management Conference will be held on Friday, June 6, 2014, at 10:00 a.m.

IT IS SO ORDERED

Dated:  04/30/2014


Judge Samuel Conti