LEORA R. RAGONES, State Bar No. 215423
lragones@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Plaintiff and Counter-Defendant
NATIONAL CREDIT UNION
ADMINISTRATION BOARD ACTING IN ITS
CAPACITY AS LIQUIDATING AGENT FOR
CHETCO FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHETCO FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>CAPPY DOBBS, an individual; JUDITH ANN DOBBS, an individual; CONE ROCK, INC. a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV-13-1571-SC<br><br>**STIPULATION FOR DISMISSAL AND REQUEST THAT COURT RETAIN JURISDICTION TO ENFORCE TERMS OF SETTLEMENT**<br><br>Date: November 21, 2014<br>Time: 10:00 a.m.<br>Courtroom: 1, 17th Floor<br>Judge: Samuel Conti |
| CAPPY DOBBS, an individual; JUDITH ANN DOBBS, an individual; CONE ROCK, INC. a California corporation,<br><br>Cross-Complainants,<br><br>v.<br><br>CHETCO FEDERAL CREDIT UNION, a federal credit union; and DOES 1 through 100, inclusive,<br><br>Cross-Defendants. | |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(2), Plaintiff and Counter-Defendant National Credit Union Administration Board, acting in its capacity as liquidating agent for Chetco Federal Credit Union ("Liquidating Agent") and Defendants and Counter-Claimants

1  Cappy Dobbs, Judith Ann Dobbs, and Cone Rock, Inc. hereby stipulate to and request the Court
2  enter an Order: (1) dismissing the case pursuant to the settlement agreement between the parties;
3  and (2) expressly reserving continuing jurisdiction to enforce the settlement agreement for the
4  reasons set forth below:

5      The case relates to loans between the liquidated credit union, Chetco Federal Credit Union
6  ("Chetco"), and Defendants. Prior to liquidation, Chetco filed suit for judicial foreclosure based
7  on alleged non-payment of one of several loans. Defendants filed a cross-claim in state court
8  asserting that the credit union improperly applied funds from a Certificate of Deposit (CD) to
9  delinquent loan payments on various loans, which they contended violated California's "one-
10 form-of-action" rule (California Code of Civil Procedure § 726). Defendants sought to quiet title
11 and sought an order stating that Liquidating Agent no longer had a security interest in any of the
12 properties that secured all the loans previously held by Chetco.

13     Upon liquidation, Liquidating Agent removed the case to federal court pursuant to statute
14 (12 U.S.C. § 1789) and was substituted in the case as the proper party.

15     The parties have agreed to resolve the case and all issues regarding all loans between
16 them, and have signed a settlement agreement that reflects the terms of settlement. In the
17 settlement agreement, the parties expressly consented to the Court retaining jurisdiction to
18 enforce the terms of the settlement if necessary.

19     The parties have already complied with some terms of the settlement, but the parties have
20 until November 2015 to comply with many of the remaining terms.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

As a result, the parties seek to dismiss the case based on the settlement but request that the Court explicitly condition the dismissal upon retaining jurisdiction to enforce the terms of the settlement.

Dated:   October 23, 2014					LOMBARDI, LOPER & CONANT, LLP


By:   /s/ Leora R. Ragones
       TIMOTHY J. MCCAFFERY
       LEORA R. RAGONES
       Attorneys for Plaintiff and Cross-Defendant NATIONAL CREDIT UNION ADMINISTRATION BOARD as Liquidating Agent for CHETCO FEDERAL CREDIT UNION

Dated:   October 23, 2014					MICHELMAN & ROBINSON, LLP


By:   /s/ David C. Lee
       DAVID C. LEE
       Attorneys for Defendants and Cross-Claimants CAPPY DOBBS, JUDITH DOBBS AND CONE ROCK, INC.

## ORDER

The above REQUEST FOR DISMISSAL IS GRANTED, with the EXPRESS RETENTION OF JURISDICTION over the settlement agreement and terms between the parties.

IT IS SO ORDERED.

Dated: 10/27/2014

_____
HONORABLE SAMUEL CONTI